The People of the State of New York, Respondent, 
against
Jose Ocasio, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (William L. McGuire, J. at speedy trial motion; Julio Rodriguez, III, J. at trial and sentencing), rendered April 27, 2015, convicting him, after a nonjury trial, of attempted assault in the third degree and harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (William L. McGuire, J. at speedy trial motion; Julio Rodriguez, III, J. at trial and sentencing), rendered April 27, 2015, affirmed.
Defendant's speedy trial motion was properly denied. Defendant failed to overcome the presumption that the People's March 7, 2014 and April 17, 2014 off-calendar statements of readiness were truthful and accurate (see People v Brown, 28 NY3d 392, 405 [2016]; People v Sibblies, 22 NY3d 1174, 1180 [2014]). The People set forth valid reasons for their change in status at the next court appearance following each notice of readiness, and defendant failed to show that the People were not in fact ready to proceed when they declared that they were (see People v Brown, 28 NY3d at 405). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: April 12, 2017